# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

RUSSELL RUTLEDGE,

    Plaintiff,

vs.                                                      Case No. 2:20-cv-00452-KWR-KRS

CITY OF CARLSBAD,
CARLSBAD POLICE DEPARTMENT,
SGT. RICHARD CAGE, OFFICER EMERY CARRASCO,
JOHN DOES 1-100, *detention officers at Eddy County Detention Center,*
JANE DOES 1-100, *nurses at Eddy County Detention Center*,
EDDY COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.

## ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE

**THIS MATTER** comes before the Court *sua sponte*. Defendant Eddy County Board of Commissioners filed a Motion to Dismiss **(Doc. 13).** The Court granted Defendant Eddy County's motion to dismiss in part, dismissing without prejudice the federal claims against the Eddy County Doe Defendants and granting leave to amend. The Court also dismissed without prejudice the federal *Monell* claims against Eddy County. However, the Court granted Plaintiff leave to amend those claims within thirty days of the entry of that order. The Court warned Plaintiff that if he did not amend those claims against the Eddy County defendants, it would dismiss them with prejudice. **Doc. 20.**

The time for Plaintiff to file an amended complaint expired on November 26, 2020. Because Plaintiff has not filed an amended complaint or sought an extension, the Court dismisses with prejudice (1) the federal claims against the Eddy County Doe Defendants and (2) the *Monell*

2

claims against Eddy County. The claims against the City Defendants and the state law claims against the Eddy County Defendants remain.

    **IT IS SO ORDERED.**

                              _____
                              KEA W. RIGGS
                              UNITED STATES DISTRICT JUDGE