IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUSSEL RUTLEDGE,

    Plaintiff,

v.                                                 No. 2:20-cv-452 KWR/KRS

CITY OF CARLSBAD, et al.,

    Defendants.

**ORDER VACATING SCHEDULING CONFERENCE
AND SETTING DEADLINE FOR PLAINTIFF TO NOTIFY THE COURT**

THIS MATTER is before the Court pursuant to statements made by counsel for Defendants at the January 28, 2021 status conference. *See* (Doc. 26) (Clerk's Minutes). Plaintiff, who is proceeding *pro se*, did not appear for the status conference. Due to counsel's indication that Plaintiff may seek counsel to represent him in this case, the Court orders the following:

IT IS ORDERED that the Rule 16(c) Scheduling Conference currently set for February 17, 2021, and all associated deadlines, are hereby VACATED. The Court will reset the scheduling conference after Mr. Rutledge either obtains counsel or notifies the Court of his intent to proceed *pro se*.

IT IS FURTHER ORDERED that **no later than February 18, 2021**, Mr. Rutledge shall obtain counsel and have his counsel enter an appearance in this case, or Mr. Rutledge shall notify the Court that he plans to proceed *pro se*. Until counsel enters an appearance, Mr. Rutledge is a *pro se* party and the Court reminds him that it is his responsibility to become familiar with and comply with the Federal Rules of Civil Procedure and the Court's Local Rules. The Local Rules,

the Court's "Guide for Pro Se Litigants," and a link to the Federal Rules of Civil Procedure are available on the Court's website: www.nmd.uscourts.gov.

IT IS FURTHER ORDERED that Plaintiff shall verify his contact information on the Court's docket and ensure it is correct. If Plaintiff needs to update his contact information, he must notify the Clerk's Office in writing.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail Mr. Rutledge a copy of the Court's "Guide For Pro Se Litigants."

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE